UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                            Chapter 13
RIAD R GHOSHEH
Debtor(s)                                         Case No. 19-24223-K

---

NOTICE OF HEARING

---

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 for Failure To Provide Required Documents having been filed by George W. Stevenson on June 26, 2019.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Failure To Provide Required Documents shall be held on 7/23/2019, at 10:00 am in the United States Bankruptcy Court, Room 600, 200 Jefferson Avenue, Memphis, Tennessee, 38103.

Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

---

MOTION TO DISMISS
CHAPTER 13 CASE FOR Failure To Provide Required Documents

---

Comes now your Standing 13 Trustee who would show unto the Court the following for which relief is sought:

That pursuant to 11 U.S.C.A. 521 (a), (e), and/or (h), the debtor failed to provide required documents to the Chapter 13 Trustee.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing.
2. That the case be dismissed.
3. That the Trustee be granted such other and further relief to which he or she may be entitled.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

CC:   George W. Stevenson

      RIAD R GHOSHEH
      9201 LOAGANBERRY LANE
      CORDOVA, TN  38016-0911

      B DAVID SWEENEY ATTY